227 So.2d 435

Jerome GORE

v.

STATE.

6 Div. 746.

Supreme Court of Alabama.

Oct. 2, 1969.

Certiorari to Court of Appeals.

Fred Blanton, Birmingham, for petitioner.

**730**

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty Gen., opposed.

LAWSON, Justice.

Petition of Jerome Gore for certiorari to the Court of Appeals to review and revise the judgment and decision in Gore v. State, 45 Ala.App. 146, 227 So.2d 432, (6 Div. 348). [transferred to Court of Criminal Appeals (6 Div. 2)].

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.